**DISMISS and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00654-CV

### WILLIAM ADDISON AND ALL OTHER OCCUPANTS OF 3632 TRAIL WALKER DRIVE, PLANO, TEXAS 75074, Appellants
### V.
### FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

**On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-01852-2013**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Schenck
Opinion by Justice Lang

The clerk's record is past due. On July 2, 2015, Stacey Kemp, Collin County Clerk, notified this Court by letter that the clerk's record had not been filed because appellants had not paid the fee for the record. In a letter dated July 6, 2015, the Court instructed appellants to provide, within ten days, written verification that payment of the clerk's fee had been made, written verification that payment arrangements had been made to pay the clerk's fee, or written documentation showing that appellants have been found to be entitled to proceed without payment of costs. We cautioned appellants that failure to provide the required documentation within the time specified could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 37.3(b).

As of today's date, appellants have not filed any response to our letter. Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150654F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILLIAM ADDISON AND ALL OTHER OCCUPANTS OF 3632 TRAIL WALKER DRIVE, PLANO, TEXAS 75074, Appellants

No. 05-15-00654-CV       V.

FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

On Appeal from the County Court at Law No. 1, Collin County, Texas.
Trial Court Cause No. 001-01852-2013.
Opinion delivered by Justice Lang.  Justices Bridges and Schenck, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee FEDERAL HOME LOAN MORTGAGE CORPORATION recover its costs of this appeal from appellants WILLIAM ADDISON AND ALL OTHER OCCUPANTS OF 3632 TRAIL WALKER DRIVE, PLANO, TEXAS 75074.

Judgment entered this 29th day of July, 2015.